996 A.2d 446

IN THE MATTER OF NEAL SHARMA, AN ATTORNEY AT LAW.

May 2, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–019, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **NEAL SHARMA** of **HAMILTON,** who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 1.8(b)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **NEAL SHARMA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.